Same case below, 331 Fed. Appx. 309.

**No. 09-7699. Bruce W. Hoffman, Petitioner v. Frances J. Hoffman.**

559 U.S. 1009, 130 S. Ct. 1882, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2688, ■

March 22, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-7741. Jiri Pik, Petitioner v. The Institute of International Education, Inc., et al.**

559 U.S. 1009, 130 S. Ct. 1937, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2613.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-7757. Anthony Bartee, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1009, 130 S. Ct. 1882, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2582.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 339 Fed. Appx. 429.

**No. 09-7964. Gerald Wright, Petitioner v. United States.**

559 U.S. 1010, 130 S. Ct. 1883, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2606.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8066. Lenard Philmore, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

559 U.S. 1010, 130 S. Ct. 1884, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2605.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 575 F.3d 1251.

**No. 09-8422. Jimmy Dean Meinhard, Petitioner v. Steven Turley, Warden.**

559 U.S. 1010, 130 S. Ct. 1885, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2692.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Utah denied.

**No. 09-8427. Keith Russell Judd, Petitioner v. New Mexico.**

559 U.S. 1010, 130 S. Ct. 1885, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2580, ■

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of New Mexico denied.